Official Form 1 (1/08)

| United States Bankruptcy Court<br>**WESTERN** DISTRICT OF *MICHIGAN* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Lake, Joseph Gavin* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *9924* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>*209 S. Holmes Street*<br>*Lansing MI*   ZIPCODE *48912* | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business: *Ingham* | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>*SAME*   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE*   ZIPCODE |
|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                              FORM B1, Page  2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Joseph Gavin Lake** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X  */s/ Scott Marshall Neuman*                    *10/20/2009* <br> Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Joseph Gavin Lake* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Joseph Gavin Lake*
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*10/20/2009*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*10/20/2009*
(Date)

### Signature of Attorney*

**X** */s/ Scott Marshall Neuman*
Signature of Attorney for Debtor(s)

*Scott Marshall Neuman P-47863*
Printed Name of Attorney for Debtor(s)

*Scott Marshall Neuman, P.C.*
Firm Name

*2196 Commons Parkway*
Address

*Okemos MI  48864*

*517-349-2700     xneumanx@aol.com*
Telephone Number

*10/20/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*10/20/2009*
Date

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Joseph Gavin Lake*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *Scott Marshall Neuman*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my (our) knowledge, and that all creditors listed on the schedules (if filed with the matrix) are listed on the matrix.

Date: *10/20/2009*
_____

*/s/ Scott Marshall Neuman*
_____
Attorney for the Debtor

*/s/ Joseph Gavin Lake*
_____
Debtor

AMERICAN EXPRESS
P O  BOX 297871
FORT LAUDERDALE  FL  33329


AMERICAN GENERAL FINANCIAL
600 N  ROYAL AVE
EVANSVILLE  IN  47715


AMERICAN MORTGAGE NETWORK INC
P O  BOX 85463
SAN DIEGO  CA  92186


AMSOUTH BANK
P O  BOX 830734
BIRMINGHAM  AL  35283


ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN  MI  48090


AULEY J  MCCAULEY
509 HIP POCKET RD
PEACHTREE CITY  GA  30269


BAC HOME LOANS SERVICES
450 AMERICAN ST
SIMI VALLEY  CA  93065


BANK OF AMERICA
P O  BOX 17054
WILMINGTON  DE  19850

BANK OF AMERICA
P O  BOX 60073
CITY OF INDUSTRY  CA  91716


CHASE HOME FINANCE  LLC
1500 N  19TH ST
MONROE  LA  71201


CHASE MANHATTAN MORTGAGE
10790 RANCHO BERNARDO RD
SAN DIEGO  CA  92127


COLONIAL BANK  NA
400 N  TAMPA ST
STE  2500
TAMPA  FL  33602


COUNTRYWIDE HOME LOAN
P O  BOX 10423
VAN NUYS  CA  91410


DISCOVER FINANCIAL SERVICES
P O  BOX 15316
WILMINGTON  DE  19850


DOLORES J  LAKE
217 S  HOLMES ST
LANSING  MI  48912


EAGLES MASTER ASSN  INC
11902 RACE TRACK RD
TAMPA  FL  33626

GATEWAY AT BAYTOWNE WHARF
CONDOMINIUM ASSOCIATION INC
P O  BOX 6873
MIRAMAR BEACH  FL  32550


GEORGE J  ZARKA
2309 MONTEGO DR
LANSING  MI  48912


GIO TYLER
15350 AMBERLY DR   #922
TAMPA  FL  33647


GRAND KEY CONDO ASSOC   INC
4151 WOODLANDS PARKWAY
PALM HARBOR  FL  34685


GULF COAST DERMATOPA
C/O I C  SYSTEM INC
P O  BOX 64378
SAINT PAUL  MN  55164


HAMPTONS AT TAMPA CONDO ASSOC
C/O KATZMAN GARFINKEL
1501 NORTHWEST 49TH ST   #202
FORT LAUDERDALE  FL  33309


HOMEBANC MORTGAGE CORPORATION
2002 SUMMIT BLVD
SUITE 100
ATLANTA  GA  30319

```
INTERNAL REVENUE SERVICE
P O  BOX 21126
PHILADELPHIA  PA  19114


ISLAND WALK CONDOMINIUM
C/O RAMPART PROPERTIES
9887 4TH ST  NORTH  STE  301
SAINT PETERSBURG  FL  33702


JEFF INGOLD
520 S ARMENIA  #1228
TAMPA FL  33609


JOHN DAUGHERTY
5017-D STARFISH DR  SE
SAINT PETERSBURG  FL  33705


JULIE A  LAKE-POFF
332 BLANCA AVE
TAMPA FL  33606


KEITH ENRIGHT
859 NORMANDY TRACE RD
TAMPA FL  33602


LAKE CHASE CONOMINIUM ASSOC
9494 LAKE CHASE ISLAND WAY
TAMPA FL  33626


LVNV FUNDING LLC
PO BOX 740281
HOUSTON  TX  77274
```

```
MARK A   SANCHEZ
352 W   SARATOGA ST
FERNDALE   MI   48220


MEMPHIS SERVICE CENTER - 03
P O  BOX 69  STOP 81
MEMPHIS   TN  38101


MERCEDES-BENZ FINANCIAL
P O  BOX 685
ROANOKE  TX  76262


REGATTA BEACH CLUB
880 MANDALAY AVE
CLEARWATER  FL  33767


R-G CROWN BANK
105 LIVE OAKS GARDENS
CASSELBERRY  FL  32707


RONALD W  NIESEL  II
531 S  ONONDAGA RD
MASON  MI  48854


SALLIE MAE
1002 ARTHUR DR
LYNN HAVEN  FL  32444


SHERRY RAMDHANIE
531 S  ONONDAGA RD
MASON  MI  48854
```

STERLING JARED GALLE
C/O LVNG FUNDING LLC
P O  BOX 740281
HOUSTON  TX  77274


SUNTRUST BANK
P O  BOX 85052
RICHMOND  VA  23285


SUNTRUST BANK
7455 CHANCELLOR DR
ORLANDO  FL  32809


SUNTRUST MORTGAGE
1001 SEMMES AVE
RICHMOND  VA  23224


SUNTRUST MORTGAGE  INC
76 S  LAURA ST
JACKSONVILLE  FL  32202


TARGET NB
P O  BOX 673
MINNEAPOLIS  MN  55440


TECO
702 N  FRANKLIN ST
TAMPA  FL  33602

```
THE MADISON AT SOHO CONDO ASSO
C/O COURTENAY S  TERRELL  ATTY
101 S  FRANKLIN ST   STE  101
TAMPA  FL  33602


UNEMPLOYMENT OFFICE FLORIDA
107 E  MADISON ST
TALLAHASSEE  FL  32399


VERIZON FL
236 E  TOWN ST    #170
COLUMBUS  OH  43215


WACHOVIA BANK
RETAIL CREDIT SERVICING
P O  BOX 50010
ROANOKE  VA  24022
```

In re <u>Joseph Gavin Lake</u> ,           Case No._____

         Debtor(s)                                             (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| homestead - 209 S. Holmes Street, Lansing, MI 48912 | Fee Simple | C | $ 52,400.00 | $ 0.00 |
| Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602 - Although the SEV is $298,822 its actual value is about $150,000.00. | Fee Simple | | $ 150,000.00 | $ 150,000.00 |
| Condo - 4207 S. Dale Mabry Hwy., # 2208, Tampa, FL 33611 - although the sev value is $95,784.00 the actual listing value is $52,000.00 | Fee Simple | | $ 52,000.00 | $ 52,000.00 |
| Condo - 9100 Baytowne Wharf Blvd., #223, Miramar Beach, FL 32550 - although the SEV is $211,620.00. Debtor states that the actual value of said property is approximately $140,000. | Fee Simple | | $ 140,000.00 | $ 140,000.00 |
| house - 13028 Eagles Entry Dr., Odessa, FL 33556 - Although the SEV on said property is $548,690.00, Debtor states the actual value is $350,000.00 | Fee Simple | | $ 350,000.00 | $ 350,000.00 |

<u> 2 </u>  continuation sheets attached

In re _Joseph Gavin Lake_ _____ ,    Case No. _____
          Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Condo - 9808 Lake Chase Island Way, Tampa, FL 33626 - although sev states the value of said property to be $128,986.00 the actual list price is $35,000.00. | Fee Simple | | $ 35,000.00 | $ 35,000.00 |
| Condo - 880 Mandalay Ave., #S-811, Clearwater, FL 33767 - Although the SEV states the value at $356,734,00 the Debtor states the property's actual value is approximately $150,000.00 | Fee Simple | | $ 150,000.00 | $ 150,000.00 |
| Condo - 5090 Coquina Key Dr., #5118C, Petersburg, FL 33765 - although the sev is $176,400.00.  The developer selling new units for $70,000.00 | Fee Simple | | $ 70,000.00 | $ 70,000.00 |
| Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705- although the SEV is $139,104 the developer is selling like brand new condos tof $70,000.00 | Fee Simple | | $ 70,000.00 | $ 70,000.00 |
| Condo - 5070 Beach Dr. SE, #5070A, St. Petersburg, FL 33705 - Although the SEV is $163,128.00 the builder is now selling like condos in development for $70,000.00 | Fee Simple | | $ 70,000.00 | $ 70,000.00 |
| Condo - 5156 Beach Dr. SE, #5156C, St. Petersburg, FL 33705 - Although the sev states the value at $141,960.00 the developer is selling said properties in the development for $70,000.00. | Fee Simple | | $ 70,000.00 | $ 70,000.00 |

Sheet No. __1__ of __2__ continuation sheets attached to Schedule of Real Property

In re _Joseph Gavin Lake_____,    Case No._____
  Debtor(s)                                                                                      (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609 - although the SEV is $200,048.00. The property is currently being listed for $110,000.00. | Fee Simple | | $ 110,000.00 | $ 110,000.00 |
| Condo - 15350 Amberly Dr., #922, Tampa, FL 33647 - although the SEV is $140,592.00 this property was bought at auction at $77,000.00 two years ago. Estimated value today is $77,000.00. | Fee Simple | | $ 77,000.00 | $ 72,718.00 |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Real Property

**TOTAL $**   | 1,396,400.00
(Report also on Summary of Schedules.)

In re _Joseph Gavin Lake_ _____ ,   Case No. _____
　　　　　　　Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. **Cash on hand.** | X | | | |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | X | | | |
| 3. **Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| 4. **Household goods and furnishings, including audio, video, and computer equipment.** | | bed<br>Location: In debtor's possession | | $ 100.00 |
| | | computer<br>Location: In debtor's possession | | $ 300.00 |
| | | couch<br>Location: In debtor's possession | | $ 300.00 |
| | | desk<br>Location: In debtor's possession | | $ 100.00 |
| | | dishwasher<br>Location: In debtor's possession | | $ 50.00 |
| | | dresser<br>Location: In debtor's possession | | $ 100.00 |

In re _Joseph Gavin Lake_____,   Case No. _____
                    Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | dryer<br>Location: In debtor's possession | | $ 50.00 |
| | | microwave<br>Location: In debtor's possession | | $ 50.00 |
| | | pots, pans, dishes and flatware<br>Location: In debtor's possession | | $ 20.00 |
| | | refrigerator<br>Location: In debtor's possession | | $ 100.00 |
| | | small appliances<br>Location: In debtor's possession | | $ 10.00 |
| | | stove<br>Location: In debtor's possession | | $ 100.00 |
| | | table and chairs<br>Location: In debtor's possession | | $ 50.00 |
| | | tv<br>Location: In debtor's possession | | $ 300.00 |
| | | washer<br>Location: In debtor's possession | | $ 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothes<br>Location: In debtor's possession | | $ 200.00 |

In re _Joseph Gavin Lake_____ ,     Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor | X | | | |

In re _Joseph Gavin Lake_                                          ,     Case No. _____
                    Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2007 C230 Mercedes - 80K* *Location: In debtor's possession* | | $ 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $ 13,880.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **_Joseph Gavin Lake_**                          ,    Case No. _____

Debtor(s)                                                                    *(if known)*

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| homestead - 209 S. Holmes Street, Lansing, MI  48912 | Const Art 10, Sec 3; MCLA § 600.5451 (1)(n) | $ 30,000.00 | $ 52,400.00 |
| bed | MCLA § 600.5451(1)(c) | $ 100.00 | $ 100.00 |
| computer | MCLA § 600.5451(1)(c) | $ 300.00 | $ 300.00 |
| couch | MCLA § 600.5451(1)(c) | $ 300.00 | $ 300.00 |
| desk | MCLA § 600.5451(1)(c) | $ 100.00 | $ 100.00 |
| dishwasher | MCLA § 600.5451(1)(c) | $ 50.00 | $ 50.00 |
| dresser | MCLA § 600.5451(1)(c) | $ 100.00 | $ 100.00 |
| dryer | MCLA § 600.5451(1)(c) | $ 50.00 | $ 50.00 |
| microwave | MCLA § 600.5451(1)(c) | $ 50.00 | $ 50.00 |
| pots, pans, dishes and flatware | MCLA § 600.5451(1)(c) | $ 20.00 | $ 20.00 |
| refrigerator | MCLA § 600.5451(1)(c) | $ 100.00 | $ 100.00 |
| small appliances | MCLA § 600.5451(1)(c) | $ 10.00 | $ 10.00 |
| stove | MCLA § 600.5451(1)(c) | $ 100.00 | $ 100.00 |
| table and chairs | MCLA § 600.5451(1)(c) | $ 50.00 | $ 50.00 |
| tv | MCLA § 600.5451(1)(c) | $ 300.00 | $ 300.00 |
| washer | MCLA § 600.5451(1)(c) | $ 50.00 | $ 50.00 |

In re   *Joseph Gavin Lake* _____ ,   Case No. _____

Debtor(s)                                                                (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *clothes* | *MCLA § 600.5451(1)(a)(iii)* | *$ 200.00* | *$ 200.00* |
| *2007 C230 Mercedes - 80K* | *MCLA § 600.5451(1)(g)* | *$ 0.00* | *$ 12,000.00* |

B6D (Official Form 6D) (12/07)

In re Joseph Gavin Lake _____ ,    Case No. _____
              **Debtor(s)**    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 1* <br> *American Mortgage Network Inc.* <br> *P.O. Box 85463* <br> *San Diego CA 92186* | X | *2003* <br> *Mortgage* <br> *Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602* <br><br> Value: *$ 150,000.00* | | | | $ 165,000.00 | $ 16,200.00 |
| Account No: <br> *Creditor # : 2* <br> *AmSouth Bank* <br> *P.O. Box 830734* <br> *Birmingham AL 35283* | X | *2003* <br> *2nd Mortgage* <br> *Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602* <br><br> Value: *$ 150,000.00* | | | | $ 45,000.00 | $ 45,000.00 |
| Account No: *8851* <br> *Creditor # : 3* <br> *Bac Home Loans Services* <br> *450 American St.* <br> *Simi Valley CA 93065* | | *2007-01-09* <br> *Mortgage* <br> *Condo - 15350 Amberly Dr., #922, Tampa, FL 33647* <br><br> Value: *$ 77,000.00* | | | | $ 72,718.00 | $ 0.00 |

4 continuation sheets attached

           **Subtotal $** (Total of this page)    $ 282,718.00    $ 61,200.00

           **Total $** (Use only on last page)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re Joseph Gavin Lake _____ ,    Case No. _____
                          **Debtor(s)**                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 4 Chase Home Finance, LLC 1500 N. 19th St. Monroe LA 71201 | X | 2005 Mortgage Condo - 9100 Baytowne Wharf Blvd., #223, Miramar Beach, FL 32550 Value: $ 140,000.00 | | | | $ 196,200.00 | $ 56,200.00 |
| Account No: Creditor # : 5 Colonial Bank, NA 400 N. Tampa St. Ste. 2500 Tampa FL 33602 | X | 2004 Mortgage Condo - 880 Mandalay Ave., #S-811, Clearwater, FL 33767 Value: $ 150,000.00 | | | | $ 141,100.00 | $ 78,000.00 |
| Account No: Creditor # : 6 Colonial Bank, NA 400 N. Tampa St. Ste. 2500 Tampa FL 33602 | X | 2004 2nd Mortgage Condo - 880 Mandalay Ave., #S-811, Clearwater, FL 33767 Value: $ 150,000.00 | | | | $ 86,900.00 | $ 0.00 |
| Account No: Creditor # : 7 Countrywide Home Loan P.O. Box 10423 Van Nuys CA 91410 | X | 2005 2nd Mortgage Condo - 9808 Lake Chase Island Way, Tampa, FL 33626 Value: $ 35,000.00 | | | | $ 12,490.00 | $ 12,490.00 |
| Account No: Creditor # : 8 Countrywide Home Loan P.O. Box 10423 Van Nuys CA 91410 | X | 2005 Mortgage Condo- 9808 Lake Chase Island Way, Tampa, FL 33626 Value: $ 35,000.00 | | | | $ 99,920.00 | $ 64,920.00 |
| Account No: Creditor # : 9 George J. Zarka 2309 Montego Dr. Lansing MI 48912 | | 2009 1/2 owner on deed homestead - 209 S. Holmes Street, Lansing, MI  48912 Value: $ 52,400.00 | | | | $ 0.00 | $ 0.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) **$ 536,610.00** | **$ 211,610.00**

Total $ (Use only on last page)

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Joseph Gavin Lake_ ,                                    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 10<br>HomeBanc Mortgage Corporation<br>2002 Summit Blvd.<br>Suite 100<br>Atlanta GA 30319 | X | 2004<br>Mortgage<br>Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609<br>Value: $ 110,000.00 | | | | $ 132,800.00 | $ 24,648.00 |
| Account No:<br>Creditor # : 11<br>Island Walk Condominium<br>c/o Rampart Properties<br>9887 4th St. North, ste. 301<br>Saint Petersburg FL 33702 | | 2009<br>association fee<br>Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602<br>Value: $ 150,000.00 | | | | $ 1,200.00 | $ 0.00 |
| Account No:<br>Creditor # : 12<br>Julie A. Lake-Poff<br>332 Blanca Ave.<br>Tampa FL 33606 | | 1/2 owner on deed<br>Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705<br>Value: $ 70,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No: 1977<br>Creditor # : 13<br>Mercedes-Benz Financial<br>P.O. Box 685<br>Roanoke TX 76262 | | Car loan<br>2007 C230 Mercedes - 80K<br>Value: $ 12,000.00 | | | | $ 21,426.08 | $ 9,426.08 |
| Account No:<br>Creditor # : 14<br>R-G Crown Bank<br>105 Live Oaks Gardens<br>Casselberry FL 32707 | X | 2005<br>Mortgage<br>Condo - 4207 S. Dale Mabry Hwy., #2208, Tampa, FL 33611<br>Value: $ 52,000.00 | | | | $ 105,000.00 | $ 53,000.00 |
| Account No:<br>Creditor # : 15<br>SunTrust Bank<br>7455 Chancellor Dr.<br>Orlando FL 32809 | X | 2007<br>2nd Mortgage<br>Condo - 9100 Baytowne Wharf Blvd., #223, Miramar Beach, FL 32550<br>Value: $ 140,000.00 | | | | $ 30,000.00 | $ 30,000.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) | $ 290,426.08 | $ 117,074.08
Total $ (Use only on last page)

B6D (Official Form 6D) (12/07)    - Cont.

In re _Joseph Gavin Lake_____ ,    Case No. _____
               **Debtor(s)**    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *4525* <br> *Creditor # : 16* <br> *Suntrust Bank* <br> *P.O. Box 85052* <br> *Richmond VA 23285* | X | *2007-01-16* <br> *2nd Mortgage* <br> *house - 13028 Eagles Entry Dr., Odessa, FL 33556* <br><br> Value: *$ 350,000.00* | | | | *$ 123,222.00* | *$ 0.00* |
| Account No: *2068* <br> *Creditor # : 17* <br> *Suntrust Mortgage* <br> *1001 Semmes Ave.* <br> *Richmond VA 23224* | X | *2006-03-06* <br> *Mortgage* <br> *house - 13028 Eagles Entry Dr., Odessa, FL 33556* <br><br> Value: *$ 350,000.00* | | | | *$ 511,865.00* | *$ 285,087.00* |
| Account No: *1100* <br> *Creditor # : 18* <br> *Suntrust Mortgage* <br> *1001 Semmes Ave.* <br> *Richmond VA 23224* | | *2006-06-29* <br> *2nd Mortgage* <br> *Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705* <br><br> Value: *$ 70,000.00* | | | | *$ 29,775.00* | *$ 0.00* |
| Account No: *1092* <br> *Creditor # : 19* <br> *Suntrust Mortgage* <br> *1001 Semmes Ave.* <br> *Richmond VA 23224* | | *2006-06-29* <br> *Mortgage* <br> *Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705* <br><br> Value: *$ 70,000.00* | | | | *$ 158,867.00* | *$ 118,642.00* |
| Account No: <br> *Creditor # : 20* <br> *Suntrust Mortgage, Inc.* <br> *76 S. Laura St.* <br> *Jacksonville FL 32202* | X | *2006* <br> *Mortgage* <br> *Condo - 5156 Beach Dr. SE, #5156C, St. Petersburg, FL 33705* <br><br> Value: *$ 70,000.00* | | | | *$ 134,240.00* | *$ 64,240.00* |
| Account No: <br> *Creditor # : 21* <br> *Suntrust Mortgage, Inc.* <br> *76 S. Laura St.* <br> *Jacksonville FL 32202* | X | *2006* <br> *Mortgage* <br> *Condo - 5090 Coquina Key Dr., #5118C, Petersburg, FL 33765* <br><br> Value: *$ 70,000.00* | | | | *$ 210,861.00* | *$ 140,861.00* |

Sheet no. 3   of  4    continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $    *$ 1,168,830.00*    *$ 608,830.00*
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Joseph Gavin Lake_ _____ ,    Case No. _____
                           **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 22 Suntrust Mortgage, Inc. 76 S. Laura St. Jacksonville FL 32202 | X | 2006 Mortgage Condo - 5070 Beach Dr. SE, #5070A, St. Petersburg, 33705  Value: $ 70,000.00 | | | | $ 150,627.00 | $ 80,627.00 |
| Account No:  Creditor # : 23 The Madison at Soho Condo Asso c/o Courtenay S. Terrell, Atty 101 S. Franklin St., Ste. 101 Tampa FL 33602 | | 2008 association fee Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609  Value: $ 110,000.00 | | | | $ 1,848.00 | $ 0.00 |
| Account No:  Creditor # : 24 Wachovia Bank Retail Credit Servicing P.O. Box 50010 Roanoke VA 24022 | X | 2004 2nd Mortgage Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609  Value: $ 110,000.00 | | | | $ 16,600.00 | $ 16,600.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 4 of 4   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 169,075.00 | $ 97,227.00 |
| Total $ (Use only on last page) | $ 2,447,659.08 | $ 1,095,941.08 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Joseph Gavin Lake_____ ,          Case No._____

                          **Debtor(s)**                                                                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_      **continuation sheets attached**

In re _Joseph Gavin Lake_____ ,    Case No._____
              **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| *Creditor # : 1* *Internal Revenue Service* *P.O. Box 21126* *Philadelphia PA 19114* | | *2005* *Income taxes* | | | | | $ 24,759.00 | $ 24,759.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| *Representing:* *Internal Revenue Service* | | *Memphis Service Center - 03* *P.O. Box 69, Stop 81* *Memphis TN 38101* | | | | | | | |
| Account No: | | | | | | | | | |
| *Creditor # : 2* *Unemployment Office Florida* *107 E. Madison St.* *Tallahassee FL 32399* | | *2008* *Over Payment on Benefits* | | | | | $ 275.00 | $ 275.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 25,034.00 | 25,034.00 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 25,034.00 | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 25,034.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Joseph Gavin Lake_ _____ ,       Case No. _____

              **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  9093<br>Creditor # : 1<br>American Express<br>P.O. Box 297871<br>Fort Lauderdale FL 33329 | | 2001-04-04<br>Credit Card Purchases | | | | $ 28,838.00 |
| Account No:  0013<br>Creditor # : 2<br>American Express<br>P.O. Box 297871<br>Fort Lauderdale FL 33329 | | 2007-06-14<br>Credit Card Purchases | | | | $ 95.00 |
| Account No:  6280<br>Creditor # : 3<br>American General Financial<br>600 N. Royal Ave.<br>Evansville IN 47715 | | 2006-09-20<br>Credit Card Purchases | | | | $ 2,874.00 |
| Account No:<br>Creditor # : 4<br>Auley J. McCauley<br>509 Hip Pocket Rd.<br>Peachtree City GA 30269 | | General | | | | $ 0.00 |

_5_ continuation sheets attached

                                                            **Subtotal $**     $ 31,807.00

                                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Joseph Gavin Lake_____ ,        Case No._____
                        **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5275<br>Creditor # : 5<br>Bank Of America<br>P.O. Box 17054<br>Wilmington DE 19850 | | | 1999-01-20<br>Credit Card Purchases | | | | $ 12,366.00 |
| Account No:   1659<br>Creditor # : 6<br>Bank Of America<br>P.O. Box 17054<br>Wilmington DE 19850 | | | 1998-03-31<br>Credit Card Purchases | | | | $ 12,989.00 |
| Account No:   70<br>Creditor # : 7<br>Bank Of America<br>P.O. Box 17054<br>Wilmington DE 19850 | | | 2006-12-06<br>Credit Card Purchases | | | | $ 45,060.00 |
| Account No:   2845<br>Creditor # : 8<br>Bank of America<br>P.O. Box 60073<br>City of Industry CA 91716 | | | 2009-03-23<br>Credit Card Purchases | | | | $ 19,869.00 |
| Account No:   2845<br>Representing:<br>Bank of America | | | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI 48090 | | | | |
| Account No:   0671<br>Creditor # : 9<br>Chase Manhattan Mortgage<br>10790 Rancho Bernardo Rd.<br>San Diego CA 92127 | | | 2007-01-31<br>Mortgage - House Sold | | | | $ 145,500.00 |

Sheet No.   _1_ of   _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 235,784.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Joseph Gavin Lake_ _____,    Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5069 <br> Creditor # : 10 <br> Discover Financial Services <br> P.O. Box 15316 <br> Wilmington DE 19850 | | | 2000-01-07 <br> Credit Card Purchases | | | | $ 12,316.00 |
| Account No: <br> Creditor # : 11 <br> Dolores J. Lake <br> 217 S. Holmes St. <br> Lansing MI 48912 | | | 2007 <br> Loan | | | | $ 58,000.00 |
| Account No: <br> Creditor # : 12 <br> Eagles Master Assn. Inc. <br> 11902 Race Track Rd. <br> Tampa FL 33626 | | | 2007 <br> Association fees | | | | $ 1.00 |
| Account No: <br> Creditor # : 13 <br> Gateway at Baytowne Wharf <br> Condominium Association Inc. <br> P.O. Box 6873 <br> Miramar Beach FL 32550 | | | 2007 <br> Association fees | | | | $ 1.00 |
| Account No: <br> Creditor # : 14 <br> Gio Tyler <br> 15350 Amberly Dr., #922 <br> Tampa FL 33647 | | | Renter | | | | $ 1.00 |
| Account No: <br> Creditor # : 15 <br> Grand Key Condo Assoc., Inc. <br> 4151 Woodlands Parkway <br> Palm Harbor FL 34685 | | | 2007 <br> Association fees | | | | $ 0.00 |

Sheet No. __2__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 70,319.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Joseph Gavin Lake_____ ,    Case No._____

**Debtor(s)**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9001 Creditor # : 16 Gulf Coast Dermatopa c/o I.C. System Inc. P.O. Box 64378 Saint Paul MN 55164 | | | 2008-06-18 General | | | | $ 205.00 |
| Account No: Creditor # : 17 Hamptons at Tampa Condo Assoc. c/o Katzman Garfinkel 1501 Northwest 49th St., #202 Fort Lauderdale FL 33309 | | | 2007 Association fees | | | | $ 1.00 |
| Account No: Creditor # : 18 Jeff Ingold 520 S.Armenia, #1228 Tampa FL 33609 | | | Renter | | | | $ 1.00 |
| Account No: Creditor # : 19 John Daugherty 5017-D Starfish Dr. SE Saint Petersburg FL 33705 | | | General | | | | $ 0.00 |
| Account No: Creditor # : 20 Keith Enright 859 Normandy Trace Rd. Tampa FL 33602 | | | Renter | | | | $ 1.00 |
| Account No: Creditor # : 21 Lake Chase Conominium Assoc 9494 Lake Chase Island Way Tampa Fl 33626 | | | 2007 Association fees | | | | $ 1.00 |

Sheet No.   3   of   5   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 209.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Joseph Gavin Lake_ ,                                      Case No. _____

          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 22<br>Mark A. Sanchez<br>352 W. Saratoga St.<br>Ferndale MI 48220 | | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 23<br>Regatta Beach Club<br>880 Mandalay Ave.<br>Clearwater FL 33767 | | | 2007<br>Association fees | | | | $ 1.00 |
| Account No:<br>Creditor # : 24<br>Ronald W. Niesel, II<br>531 S. Onondaga Rd.<br>Mason MI 48854 | | | 2006<br>Loan | | | | $ 30,000.00 |
| Account No:   0606<br>Creditor # : 25<br>Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven FL 32444 | | | 2007-06-06<br>Student Loans | | | | $ 104,647.00 |
| Account No:<br>Creditor # : 26<br>Sherry Ramdhanie<br>531 S. Onondaga Rd.<br>Mason MI 48854 | | | General | | | | $ 0.00 |
| Account No:   7457<br>Creditor # : 27<br>Sterling Jared Galle<br>c/o LVNG Funding LLC<br>P.O. Box 740281<br>Houston TX 77274 | | | 2008-08-19<br>General | | | | $ 2,739.00 |

Sheet No.  __4__  of  __5__  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 137,387.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Joseph Gavin Lake_____ ,          Case No. _____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   7457 *Representing:* *Sterling Jared Galle* | | | LVNV FUNDING LLC PO BOX 740281 HOUSTON TX 77274 | | | | |
| Account No.   9089 Creditor # : 28 Target NB P.O. Box 673 Minneapolis MN 55440 | | | 2001-09-08 Credit Card Purchases | | | | $ 1,453.00 |
| Account No. Creditor # : 29 TECO 702 N. Franklin St. Tampa FL 33602 | | | 2009 Utility Bills | | | | $ 787.00 |
| Account No.   894 Creditor # : 30 Verizon FL 236 E. Town St.,  #170 Columbus OH 43215 | | | 2007-03-01 Cellular | | | | $ 140.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet No. __5__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  $ 2,380.00

**Total $**  $ 477,886.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Joseph Gavin Lake_ _____ / Debtor    Case No. _____
                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re *Joseph Gavin Lake* _____ / Debtor    Case No. _____

<span align="right">(if known)</span>

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Auley J. McCauley<br>509 Hip Pocket Rd.<br>Peachtree City GA   30269 | Chase Home Finance, LLC<br>1500 N. 19th St.<br>Monroe LA   71201<br><br>SunTrust Bank<br>7455 Chancellor Dr.<br>Orlando FL   32809 |
| Dolores J. Lake<br>217 S. Holmes St.<br>Lansing MI   48912 | American Mortgage Network Inc.<br>P.O. Box 85463<br>San Diego CA   92186<br><br>AmSouth Bank<br>P.O. Box 830734<br>Birmingham AL   35283<br><br>HomeBanc Mortgage Corporation<br>2002 Summit Blvd.<br>Suite 100<br>Atlanta GA   30319<br><br>Suntrust Mortgage, Inc.<br>76 S. Laura St.<br>Jacksonville FL   32202<br><br>Wachovia Bank<br>Retail Credit Servicing<br>P.O. Box 50010<br>Roanoke VA   24022 |
| Julie A. Lake-Poff<br>332 Blanca Ave.<br>Tampa FL   33606 | Suntrust Bank<br>P.O. Box 85052<br>Richmond VA   23285<br><br>Suntrust Mortgage<br>1001 Semmes Ave.<br>Richmond VA   23224 |

<span align="right">Page ___1___ of ___2___</span>

In re _Joseph Gavin Lake_____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Mark A. Sanchez<br>352 W. Saratoga St.<br>Ferndale MI  48220 | Chase Home Finance, LLC<br>1500 N. 19th St.<br>Monroe LA  71201<br><br>Colonial Bank, NA<br>400 N. Tampa St.<br>Ste. 2500<br>Tampa FL  33602<br><br>Colonial Bank, NA<br>400 N. Tampa St.<br>Ste. 2500<br>Tampa FL  33602 |
| Ronald W. Niesel, II<br>531 S. Onondaga Rd.<br>Mason MI  48854 | American Mortgage Network Inc.<br>P.O. Box 85463<br>San Diego CA  92186<br><br>AmSouth Bank<br>P.O. Box 830734<br>Birmingham AL  35283<br><br>Countrywide Home Loan<br>P.O. Box 10423<br>Van Nuys CA  91410<br><br>Countrywide Home Loan<br>P.O. Box 10423<br>Van Nuys CA  91410<br><br>R-G Crown Bank<br>105 Live Oaks Gardens<br>Casselberry FL  32707<br><br>Suntrust Mortgage, Inc.<br>76 S. Laura St.<br>Jacksonville FL  32202 |
| Sherry Ramdhanie<br>531 S. Onondaga Rd.<br>Mason MI  48854 | Suntrust Mortgage, Inc.<br>76 S. Laura St.<br>Jacksonville FL  32202 |

B6I (Official Form 6I) (12/07)

In re _Joseph Gavin Lake_ _____,    Case No. _____
                                    **Debtor(s)**                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Separated_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Unemployed_ | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,700.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,700.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 1,700.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 1,700.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

**In re** _Joseph Gavin Lake_ _____ , **Case No.** _____
                            **Debtor(s)**                                                                       (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☐ | | |
|     b. Is property insurance included?  Yes ☐  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|            b. Water and sewer | $ | 0.00 |
|            c. Telephone | $ | 100.00 |
|            d. Other   _internet_ | $ | 60.00 |
|         Other   _cable_ | $ | 60.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 70.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 160.00 |
|     e. Other | $ | 0.00 |
|        Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)   _property taxes_ | $ | 167.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:   _hair care_ | $ | 25.00 |
|     Other:   _income taxes_ | $ | 360.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,192.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 1,700.00 |
|     b. Average monthly expenses from Line 18 above | $ | 2,192.00 |
|     c. Monthly net income (a. minus b.) | $ | (492.00) |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re  *Joseph Gavin Lake*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *3* | $  1,396,400.00 | | |
| B-Personal Property | *Yes* | *4* | $  13,880.00 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *5* | | $  2,447,659.08 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $  25,034.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *6* | | $  477,886.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $  1,700.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $  2,192.00 |
| TOTAL | | 27 | $  1,410,280.00 | $  2,950,579.08 | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Joseph Gavin Lake*

Case No.

Chapter  **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *25,034.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *25,034.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *1,700.00* |
| Average Expenses (from Schedule J, Line 18) | $ *2,192.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,656.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *1,095,941.08* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *25,034.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *477,886.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *1,573,827.08* |

In re _Joseph Gavin Lake_ _____ Case No. _____
                          Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___28___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _10/20/2009_____        Signature _/s/ Joseph Gavin Lake_____
                                                    _Joseph Gavin Lake_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re: *Joseph Gavin Lake*                                    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007 (m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                         SOURCE

*Year to date:$20,639.00*          *Wages, Property, & Unemployment*
  *Last Year: $ 7,504.00*
*Year before: $70,889.00*

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:IRS*<br>*Address:* | *May, 2009* | *Description: garnished bank account*<br>*Value:$37.00* |
| *Name: IRS*<br>*Address:* | *10-2008* | *Description: garnished 2007 income tax refund*<br>*Value:$1,900.00* |

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: SunTrust Mortgage Inc.*<br>*Address: 76 S. Laura St.,* | *05/09* | *Description: Waterside at Coquina Key South Village, Bldg #17, Unit* |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Jacksonville, FL 32202* | | *4874C-199*<br>*Value:* |
| *Name: SunTrust Mortgage, Inc.*<br>*Address: 76 S. Laura St.,*<br>*Jacksonville, FL 32202* | *02/09* | *Description: 5090 Coquina Key Dr.,*<br>*Unit 5145A, St. Petersburg, FL 33705*<br>*Value:* |
| *Name: Chase Manhattan Mortgage*<br>*Address:* | *01/09* | *Description: 17734 Oakwood Dr.,*<br>*Spring Lake, MI 49456*<br>*Value:* |

## 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Scott Marshall Neuman*<br>*Address:*<br>*2196 Commons Parkway*<br>*Okemos, MI 48864* | *Date of Payment:*<br>*Payor: Joseph Gavin Lake* | *$4,000.00* |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: GreenPath, Inc.* | *Date of Payment:* <br> *Payor: Joseph Gavin Lake* | *$100.00* |

## 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Ronald W. Niesel, II* <br> *Address:531 S. Onondaga Rd.,* <br> *Mason, MI 48854* <br> *Relationship: cousin* | *10/15/09* | *Property: 4207 S. Dele Mabry, #2208, Tampa , Fl   33611* <br> *Value: $52,000 amount owed $ 105,000* |
| *Transferee:Ronald W. Niesel, II* <br> *Address: 531 S. Onondaga Rd.,* <br> *Mason, MI 48854* <br> *Relationship: cousin* | *10/15/09* | *Property: 9808 Lake Chase Island Way, Tampa, FL 33626* <br> *Value: $35,000 amount owed: $112,400* |
| *Transferee:Ronald W. Niesel, II* <br> *Address: 531 S. Onondaga Rd.,* <br> *Mason, MI 48854* <br> *Relationship: cousin* | *10/15/09* | *Property: 5070 Beach Dr. SE, #5070A, St. Petersburg, FL 33705* <br> *Value: $70,000 amount owed: $150,627* |
| *Transferee:Ronald W. Niesel, II* <br> *Address: 531 S. Onondaga Rd.,* <br> *Mason, MI 48854* <br> *Relationship: cousin* | *10/15/09* | *Property: 5156 Beach Dr. SE, #5156C, St. Petersburg, FL 33705* <br> *Value: $70,000 amount owed: $134,240* |

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution: Wachovia Bank Address:Tampa, FL* | *Name: debtor Address:* | *empty* | |
| *Institution: Comerica Bank Address:* | *Name: Joseph G. Lake & Dolores Lake Address:* | *Empty* | |

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

---

**14. Property held for another person**

None
☒

List all property owned by another person that the  debtor  holds  or  controls.

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address  of  either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Address: 13028 Eagles Entry Drive, Odessa, FL    33556* | *Name(s):* | *1-2006 to 2 -2009* |

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| None ☒ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| None ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

## 18. Nature, location and name of business

| None ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case |
|---|---|

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses         in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses         in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Island Fresh, LL.C.* | *ID:9924* | *859 Normandy Trace Road, Tampa, FL* | *food sales* | *2004 -2004* |

| None ☒ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None  ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None  ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None  ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None  ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None  ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None  ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None  ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10/20/2009       Signature   */s/ Joseph Gavin Lake*
                       of Debtor

Date  _____  Signature  _____
                       of Joint Debtor
                       (if any)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re *Joseph Gavin Lake*                                    Case No.
                                                             Chapter  *7*

_____ / Debtor

## ASSET PROTECTION REPORT

By local rule of this Court, debtors filing Chapter 7 petitions and debtors in cases converting to Chapter 7 must file an Asset Protection Report giving information about the status of insurance coverage on assets in the estate. The back of this page shall be completed with the following information:  (1) description of the asset and location;  (2) the debtor's insurance agent for the asset, or if none, the insurance underwriter;  (3) the policy limit of the policy with respect to the asset;  (4) the expiration date of the policy and (5) if the asset is secured, the name of the secured party and whether the debtor insures the interest of that party.  If the debtor has sufficient insurance coverages to protect any exemptible interest in real or personal property or does not wish the trustee to use estate funds to procure such coverages, the debtor(s) may sign the waiver below.

Debtors are requested to provide the trustee with copies of all insurance policies and/or declarations representing each insurable asset within fifteen days of the filing of the petition.

## REQUEST TO TRUSTEE
## NOT TO INSURE EXEMPTIBLE ASSETS

I, a debtor who has signed below, state that I intend to provide insurance protection for any exemptible interests in real or personal property in this estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Date:   *10/20/2009*                          */s/ Joseph Gavin Lake*
_____              _____
                                     Debtor

Date:   *10/20/2009*                          
_____              _____
                                     Co-Debtor

| TYPE OF ASSET | DESCRIPTION AND LOCATION | NAME AND ADDRESS OF INSURANCE AGENT OR UNDERWRITER | POLICY LIMIT AND EXPIRATION DATE | SECURED PARTIES: DO YOU INSURE THEIR INTERESTS |
|---|---|---|---|---|
| **REAL PROPERTY:** [INCLUDE ANY PROPERTY IN WHICH THE DEBTOR HAS AN INTEREST, INCLUDING LEASED PROPERTY IF THE LEASE REQUIRES THE DEBTOR TO MAINTAIN INSURANCE COVERAGES] | | | | |
| | *homestead - 209 S. Holmes Street, Lansing, MI  48912* | *Allstate Insurance Charlotte Agency 111 W. Lovett St. Charlotte, MI 48813* | *10/15/10* | *Yes* |
| | *Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602 - Although the SEV is $298,822 its actual value is about $150,000.00.* | *American Bankers Insurance Co. of FL Association Insurance Consultants 1411 N. Westshore Blvd. Ste. 311 Tampa, FL 33607* | *03/08/10* | *Yes* |
| | *Condo - 4207 S. Dale Mabry Hwy., # 2208, Tampa, FL 33611 - although the sev value is $95,784.00 the actual listing value is $52,000.00* | *St. Paul Fire & Casualty Insurance Comp. Wells Fargo Insurance Services Southeast, Inc. P.O. Box 31666 Tampa, FL 33631* | *03/26/10* | *Yes* |
| | *Condo - 9100 Baytowne Wharf Blvd., #223, Miramar Beach, FL 32550 - although the SEV is $211,620.00. Debtor states that the actual value of said property is approximately $140,000.* | *Fidelity National Prop & Casul 801 94th Ave. North Ste. 110 St. Petersburg, FL 33702* | *05/08/10* | *Yes* |
| | *house - 13028 Eagles Entry Dr., Odessa, FL 33556 - Although the SEV on said property is $548,690.00, Debtor states the actual value is $350,000.00* | *Philadelphia Indemnity Insurance Comp. Lanier Upshaw, Inc. P.O. Box 468 Lakeland, FL 33802* | *10/31/09 - will be renewed* | *Yes* |
| | *Condo - 9808 Lake Chase Island Way, Tampa, FL 33626 - although sev states the value of said property to be $128,986.00 the actual list price is $35,000.00.* | *Unknown - Assoc is carrying insurnace* | | *Yes* |

| | | | |
|---|---|---|---|
| Condo - 880 Mandalay Ave., #S-811, Clearwater, FL 33767 - Although the SEV states the value at $356,734,00 the Debtor states the property's actual value is approximately $150,000.00 | American Bankers Insurance Comp. Professional Flood Rebate of FL, Inc. 1345 S. Missouri Ave. Clearwater, FL 33756 | 07/30/10 | Yes |
| Condo - 5090 Coquina Key Dr., #5118C, Petersburg, FL 33765 - although the sev is $176,400.00.  The developer selling new units for $70,000.00 | Indian Harbor Insurance Comp. Wells Fargo Insurance Services Miami Div. 3225 Aviation Ave., Ste. 400 Coconut Grove, FL 33133 | 01/31/10 | Yes |
| Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705- although the SEV is $139,104 the developer is selling like brand new condos tof $70,000.00 | Wells Fargo Insurance Services 3225 Aviation Ave., Suite 400 Coconut Grove, FL 33133 | 01/31/10 | Yes |
| Condo - 5070 Beach Dr. SE, #5070A, St. Petersburg, FL 33705 - Although the SEV is $163,128.00 the builder is now selling like condos in development for $70,000.00 | Indian Harbor Insurance Comp. Wells Fargo Insurance Services Miami Div. 3225 Aviation Ave., Ste. 400 Coconut Grove, FL 33133 | 05/13/10 | Yes |
| Condo - 5156 Beach Dr. SE, #5156C, St. Petersburg, FL 33705 - Although the sev states the value at $141,960.00 the developer is selling said properties in the development for $70,000.00. | Indian Harbor Insurance Comp. Wells Fargo Insurance Services Miami Div. 3225 Aviation Ave., Ste. 400 Coconut Grove, FL 33133 | 05/13/10 | Yes |
| Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609 - although the SEV is $200,048.00.  The property is currently being listed for $110,000.00. | Columbia Casualty Insurance All Lines Insurance Group Inc. 1345 S. Missouri Ave. Clearwater, FL 33756 | 12/31/09 | Yes |
| Condo - 15350 Amberly Dr., #922, Tampa, FL 33647 - although the SEV is $140,592.00 this property was bought at auction at $77,000.00 two years ago. Estimated value today is $77,000.00. | Unknown - Assoc will not let Debtor know which Insurance they use. | | Yes |

**PERSONAL PROPERTY:**

1.  **Household Goods:**

**2. Motor Vehicles:**

> *2007 C230 Mercedes - 80K*              *Geico Insurance*                                                    *Yes*
> *Location: In debtor's possession*       *P.O. Box 9105*                    *11/01/09 - will be renewed*
>                                          *Macon, FA 31208*

**3. Boats,  Motors, Snowmobiles, etc.:**

**4. Livestock:**

**5. Equipment and Fixtures:**

**6. Inventory:**

**7. Miscellaneous Other Property:**

Date: *10/20/2009*                           Debtor: */s/ Joseph Gavin Lake*

Date: *10/20/2009*                           Co-Debtor:

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Joseph Gavin Lake*

Case No.

Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Bac Home Loans Services* | *Condo - 15350 Amberly Dr., #922, Tampa, FL 33647* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Suntrust Bank* | *house - 13028 Eagles Entry Dr., Odessa, FL 33556* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

---

Property No.  *3*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Suntrust Mortgage* | *Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No.  *4*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Suntrust Mortgage* | *Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No.  *5*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Suntrust Mortgage* | *house - 13028 Eagles Entry Dr., Odessa, FL 33556* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

Property No.  *6*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| **Island Walk Condominium** | **Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602** |

Property will be (check one) :

☒ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt  ☒ Not claimed as exempt

---

Property No.  *7*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| **The Madison at Soho Condo Asso** | **Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609** |

Property will be (check one) :

☒ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt  ☒ Not claimed as exempt

---

Property No.  *8*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| **R-G Crown Bank** | **Condo - 4207 S. Dale Mabry Hwy., # 2208, Tampa, FL 33611** |

Property will be (check one) :

☒ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt  ☒ Not claimed as exempt

Property No. *9*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Julie A. Lake-Poff* | *Condo - 5017 -D Starfish Dr., SE, St. Petersburg, FL 33705* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *10*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *George J. Zarka* | *homestead - 209 S. Holmes Street, Lansing, MI 48912* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

Property No. *11*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Suntrust Mortgage, Inc.* | *Condo - 5070 Beach Dr. SE, #5070A, St. Petersburg, FL 33705* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

---

**Property No.** *12*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Suntrust Mortgage, Inc.* | *Condo - 5090 Coquina Key Dr., #5118C, Petersburg, FL 33765* |

Property will be (check one) :

☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt ☒ Not claimed as exempt

---

**Property No.** *13*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Suntrust Mortgage, Inc.* | *Condo - 5156 Beach Dr. SE, #5156C, St. Petersburg, FL 33705* |

Property will be (check one) :

☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt ☒ Not claimed as exempt

---

**Property No.** *14*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *HomeBanc Mortgage Corporation* | *Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609* |

Property will be (check one) :

☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt ☒ Not claimed as exempt

Property No. *15*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Wachovia Bank* | *Condo - 520 S. Amenia Ave., #1228, Tampa, FL 33609* |

Property will be (check one) :

☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☒ Not claimed as exempt

---

Property No. *16*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *American Mortgage Network Inc.* | *Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602* |

Property will be (check one) :

☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☒ Not claimed as exempt

---

Property No. *17*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *AmSouth Bank* | *Condo - 859 Normandy Trace Rd., #6-859, Tampa, FL 33602* |

Property will be (check one) :

☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☒ Not claimed as exempt

Property No. *18*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Colonial Bank, NA* | *Condo - 880 Mandalay Ave., #S-811, Clearwater, FL 33767* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

---

Property No. *19*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Colonial Bank, NA* | *Condo - 880 Mandalay Ave., #S-811, Clearwater, FL 33767* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

---

Property No. *20*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Home Finance, LLC* | *Condo - 9100 Baytowne Wharf Blvd., #223, Miramar Beach, FL 32550* |

Property will be (check one) :

☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

Property No. *21*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *SunTrust Bank* | *Condo - 9100 Baytowne Wharf Blvd., #223, Miramar Beach, FL 32550* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *22*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Countrywide Home Loan* | *Condo - 9808 Lake Chase Island Way, Tampa, FL 33626* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *23*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Countrywide Home Loan* | *Condo - 9808 Lake Chase Island Way, Tampa, FL 33626* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. | *24* |

**Creditor's Name :**

*Mercedes-Benz Financial*

**Describe Property Securing Debt :**

*2007 C230 Mercedes - 80K*

Property will be (check one) :

☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365 (p)(2): |
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *10/20/2009*          Debtor: */s/ Joseph Gavin Lake*

Date: _____          Joint Debtor: _____